# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 230 WAL 2014
:
                  Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v.   :
:
:
:
ERIC D. HANCOCK,   :
:
                  Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.